IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02388-WDM-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DORSSEY BUILDERS, LLC,
DORSSEY CUSTOM HOMES & FRAMING, LLC,
ROBERT DORSSEY, and
ROBERT L. DORSSEY, a/k/a Bobby Dorssey,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2009.**

    The Stipulated Motion to Amend Caption [filed February 3, 2009; docket #21] is **granted**. The Clerk of the Court is directed to amend the caption to reflect the name change from Robert Dorssey, Jr. to Robert L. Dorssey, a/k/a Bobby Dorssey.