IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02388-WDM-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DORSSEY BUILDERS, LLC, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF ROBERT DORSSEY ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice as to Robert Dorssey only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on March 5, 2009.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge