IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02388-WDM-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DORSSEY BUILDERS, LLC,
DORSSEY CUSTOM HOMES & FRAMING, LLC,
ROBERT DORSSEY, and
ROBERT L. DORSSEY, a/k/a Bobby Dorssey,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2009.**

The Stipulated Motion to Modify Scheduling Order [filed April 17, 2009; docket #41] is **granted in part and denied in part**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Expert witness designation: | May 29, 2009 |
| Rebuttal expert designation: | June 29, 2009 |
| Discovery cutoff: | August 17, 2009 |
| Dispositive motion deadline: | September 14, 2009 |

All other deadlines and conference dates shall remain the same.