IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   08-cv-02388-WDM-MEH

HOME DESIGN SERVICES, INC.,

   Plaintiff,

v.

DORSSEY BUILDERS, LLC, *et al.*,

   Defendants.

## NOTICE AND ORDER REGARDING STIPULATED DISMISSAL

Miller, J.

The court takes judicial notice that the parties have filed a Stipulation for Voluntary Dismissal of Count IV of the Complaint Without Prejudice (Docket No. 47) in accordance with Fed. R. Civ. P. 41(a)(2).  However, I conclude that, in the interest of clarity and due to the numerous dismissals of specific claims and parties in this case (*see* Docket Nos. 25, 31), an amended complaint is in order.

Accordingly, it is ordered:

1. The complaint is dismissed without prejudice as to Count IV only.

2. Plaintiff shall file an amended complaint by May 11, 2009.

DATED at Denver, Colorado, on April 30, 2009.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF Final